67 A.3d 788

COMMONWEALTH of Pennsylvania, Respondent

v.

Richard FISHER, Petitioner.

No. 17 EM 2013.

Supreme Court of Pennsylvania.

May 29, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2013, in response to the "Application to Stay, for Remand and Correction/Modification of the Record," it is **ORDERED** that counsel of record is directed to comply with our order of December 17, 2012 directing that counsel file a Petition for Allowance of Appeal on Petitioner's behalf. *See* 184 EM 2012. Counsel shall file a Petition for Allowance of Appeal within 30 days of this order. *See* Pa.R.Crim.P. 120 (an attorney's representation of a criminal defendant continues until conclusion of case unless counsel requests and is granted leave to withdraw by the court).